ROBERTA J. BURNETTE (Bar No. 131652)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
E-mail: roberta.burnette@dentons.com

JEFFREY D. HARTY (admitted *Pro Hac Vice*)
MCKEE VOORHEES & SEASE, PLC
801 Grande Avenue, Suite 3200
Des Moines, Iowa 50265
Telephone: (515) 288-3667
E-mail: harty@ipmvs.com

Attorneys for Plaintiff
PERMA-LINER INDUSTRIES, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PERMA-LINER INDUSTRIES, LLC, | No. CV 13-09546 DDP (Ex) |
|---|---|
| Plaintiff, | **STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| JEFF VEGA d/b/a PERMO-LINER, | |
| Defendant. | |

Pursuant to the Settlement Agreement reached between Plaintiff and Defendant, the foregoing stipulation of the Parties, and for good cause shown, the Court hereby enters the following Stipulated Consent Judgment and Permanent Injunction:

//

//

//

//

[

**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**

1. The Court has jurisdiction over the parties and the subject matter of this case.

2. Plaintiff is the owner of trademark rights in the mark PERMA-LINER relating to cured-in-place pipelining technology and pipeline rehabilitation services, said trademark rights including common law rights and U.S. Trademark Registration No. 2,893,521 ("the '521 Registration").

3. The PERMA-LINER mark and the '521 Registration are valid and enforceable.

4. Defendant has used the mark PERMO-LINER in commerce in connection with cured-in-place pipelining products and services.

5. Defendant's use of the PERMO-LINER mark infringes Plaintiff's common law trademark rights and the '521 Registration and constitutes unfair competition.

6. Defendant and all agents, servants, employees, and/or other persons who are in active concert or participation therewith are immediately and forever enjoined from all future use of the trade name or trademark PERMO-LINER in any manner whatsoever, including as part of a domain name, and shall not adopt or use any trade name, trademark or domain name including the words PERMA, PERMO, PRIMA, PRIMO, PREMA, PREMO, or any similar variation thereof for use in connection with pipelining products and/or services.

IT IS SO ORDERED.

Dated: June 27, 2014

United States District Court Judge
Central District of California

- 2 -